IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PABLO V. RAMIREZ,

      Petitioner,     No. CIV S-07-1467 LEW DAD P

  vs.

AVENAL STATE PRISON,

      Respondents.     ORDER
_____/

      Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.[1]  In his application, petitioner challenges a judgment of conviction entered in the Tulare County Municipal Court, Visalia Division.  Tulare County is part of the Fresno Division of the United States District Court for the Eastern District of California.  See Local Rule 3-120(d).

      Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court.  Therefore, this action will be transferred to the Fresno Division of the court.

---

[1] Petitioner has not filed a request to proceed in forma pauperis or paid the filing fee.

1

1 | Good cause appearing, IT IS HEREBY ORDERED that:

2 |     1. This action is transferred to the United States District Court for the Eastern

3 | District of California sitting in Fresno; and

4 |     2. All future filings shall reference the new Fresno case number assigned and

5 | shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: August 13, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
rami1467.109